## STATE OF CONNECTICUT *v.* DAVID BRIDGES
### (AC 22875)

Dranginis, Bishop and McLachlan, Js.

Submitted on briefs September 23—officially released November 4, 2003

Per Curiam. The judgment is affirmed.

## DOROTHY S. MITCHELL *v.* MORRIS SILVERSTEIN ET AL.
### (AC 23445)

Foti, Dranginis and West, Js.

Argued October 27—officially released December 2, 2003

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MAURICE HAMMOND
### (AC 23483)

Schaller, Bishop and Dupont, Js.

Argued October 20—officially released December 2, 2003

Per Curiam. The judgment is affirmed.